UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN N.S. CHEUNG INC., a Washington corporation,<br><br>               Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | Case No. C04-2050RSM<br><br>TAXATION OF COSTS |

Costs in the above-entitled action are hereby taxed against DEFENDANT UNITED STATES OF AMERICA and on behalf of PLAINTIFF in the amount of $16,467.75.

Dated this \_\_\_\_27th\_\_\_\_ day of NOVEMBER, 2006 .

 

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1